IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                                                 4:09-CV-93-SPM/WCS

CMH PARKS INC.,

    Defendant.

_____/

## ORDER EXTENDING TIME FOR DISCOVERY

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Extension of Time for Discovery (doc. 25), filed August 21, 2009. As grounds for the motion, the Parties state that additional time is required to complete discovery. The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 25) is *granted*.

2.     All discovery shall be completed on or before **October 16, 2009**.

3.     All dispositive motions shall be filed on or before **October 30, 2009**.

**DONE AND ORDERED** this <u>twenty-eighth</u> day of August, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge