IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                                                         CASE NO.: 4:09-cv-93-SPM-WCS

CMH PARKS INC,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court upon the Defendant's Motion to Stay Discovery (doc. 32) and Motion to Stay the Requirement of Attending the Mediation Conference (doc. 33). As grounds for the Motions, Defendant states that further proceedings in this case should be stayed, pending the resolution of the Defendant's Motion to Disqualify Counsel (doc. 31), which alleges that Plaintiff's Counsel has previously represented the Defendant and to which the Plaintiff has yet to file a response. Good cause having been found, it is hereby ORDERED AND ADJUDGED as follows:

    1.     Defendant's Motions to Stay (docs. 32, 33) are **granted**.

    2.     Discovery and the requirement of attending the Mediation Conference are stayed pending the Court's ruling on Defendant's Motion to

Disqualify Plaintiff's Counsel (doc. 31).

DONE AND ORDERED this <u>fourteenth</u> day of September, 2009.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge