IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA BYNUM, INDIVIDUALLY
AND AS PARENT AND NATURAL
GUARDIAN OF HER MINOR DAUGHTER,
JANE DOE,

    Plaintiff,

vs.                                   CASE NO.: 4:09-cv-00093-SPM-WCS

CMH PARKS, INC.,

    Defendant.
_____/

**ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT'S MOTIONS TO EXCLUDE TESTIMONY OF EXPERT AND TO COMPEL PRODUCTION OF RULE 26 REPORT, AND REVISED SCHEDULING ORDER**

THIS CAUSE comes for consideration upon Defendant CMH Parks Inc.'s Motion to Exclude the testimony of Plaintiff's expert witness, Howard B. Wood, and alternatively, Defendant's Motion to Compel production of Rule 26 report (doc. 21). Plaintiff filed a response in opposition (doc. 24). It is hereby

ORDERED AND ADJUDGED as follows:

1.     The motion to exclude expert's testimony is DENIED.

2.     The motion to compel production of Rule 26 report is GRANTED.

3.     The deadline for Plaintiff to provide expert discovery disclosures, in accordance with Fed. R. Civ. P. 26(a)(2)(B), is:

*Friday, October 16, 2009*.

4. The deadline for parties to file dispositive motions is:

    *Friday, November 13, 2009.*

DONE AND ORDERED this 7th day of October, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge