IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                          CASE NO.: 4:09-CV-93-SPM/WCS

CMH PARKS INC.,

    Defendant.

_____/

## **ORDER**

This cause comes before the Court on "Defendant's Consented Motion for Clarification of the Dispositive Motion Deadline and Request for A Revised Scheduling Order to be Entered After the Court's Stay of Discovery Has Been Lifted" (doc. 38). The Court finds this request to be reasonable. Accordingly, it is ORDERED AND ADJUDGED as follows:

    1.    The Motion (doc. 38) is granted.

    2.    The dispositive motion deadline is stayed, in conjunction with the Court's Order staying discovery (doc. 34).

    3.    Once the stay has been lifted, the Court will enter a revised

scheduling order.

DONE AND ORDERED this tenth day of November, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge