IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                                                                      Case No.:4:09-CV-93-SPM/WCS

CMH PARKS INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff's Motion to Lift the Stay for the Purpose of the Parties' Desire to Participate in Mediation (doc. 40). Good cause having been found, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Motion (doc. 40) is granted.

2.     The stay of proceedings in this matter is lifted only to the extent that the Parties may participate in mediation on January 12, 2010, or any other agreed upon date. The stay of discovery shall remain in effect.

DONE and ORDERED this <u>eighteenth</u> day of November, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge