# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                                    CASE NO.: 4:09-cv-00093-SPM-WCS

CMH PARKS INC,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This cause comes before the Court on the "Petition for Approval of Settlement of Minor" (doc. 45). The mediated Settlement Agreement is fair and reasonable, and a guardian ad litem will be appointed to protect the interests of the Plaintiff, now age 17, until her 18th birthday. Upon consideration, it is ORDERED AND ADJUDGED as follows:

1.     The petition for approval (doc. 45) is granted.

2.     The parties shall comply with the terms articulated in the Settlement Agreement.

3.     This case is dismissed with prejudice.

4.     The Court shall retain jurisdiction for a period of 60 days, during

which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>fourth</u> day of February, 2010.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
Chief United States District Judge