# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MELISSA BYNUM,

    Plaintiff,

vs.                                             CASE NO.: 4:09-cv-93 SPM

CMH PARKS INC,

    Defendant.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This cause comes before the Court on the Plaintiff's "Motion to Reopen Case for Limited Purpose" (doc. 47). The Plaintiff has filed an Amended Petition for Approval of Settlement (doc. 48), as the settlement proceeds will now be placed in a trust instead of a guardianship. The Court finds that the Settlement Agreement is fair and reasonable. Upon consideration, it is ORDERED AND ADJUDGED as follows:

1.     The Motion to Reopen (doc. 47) and Amended Petition for Approval of Settlement (doc. 48) are granted.

2.     The parties shall comply with the terms articulated in the Settlement Agreement.

3.     This case is dismissed with prejudice.

4.     The Court shall retain jurisdiction for a period of 60 days, during

which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>first</u> day of June, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge